**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02372-CMA-KLM

K-BEECH, INC.

    Plaintiff,

v.

JOHN DOE,

    Defendant.

---

**ORDER REASSIGNING MAGISTRATE JUDGE**

---

This matter is before the Court *sua sponte*. In light of transfer of related cases to the undersigned, which was approved by Chief Judge Wiley Y. Daniel, it is hereby

ORDERED that the Order of Reference to United States Magistrate Judge filed in this action on September 13, 2011 (Doc. # 5) is hereby modified to reassign this case from Magistrate Judge Kristen L. Mix to **Magistrate Judge Michael J. Watanabe**. All further filing in this action shall be docketed under Civil Action No. 11-cv-02372-CMA-MJW.

    DATED: October __04__, 2011

                                      BY THE COURT:

                                      */s/ Christine M. Arguello*
                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge