**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02372-CMA-KLM

K-BEECH, INC.

      Plaintiff,

v.

JOHN DOE,

      Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

_____

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's

Notice of Voluntary Dismissal Without Prejudict (Doc. # 14), it is hereby

      ORDERED that the Complaint and cause of action in this matter are DISMISSED

WITHOUT PREJUDICE.

      DATED at Denver, Colorado, this __9th__ day of January, 2012.

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge